IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 17-00335-01-CR-W-GAF |
| | ) | |
| CARLOS Q. PALAFOX, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On September 29, 2017, a criminal complaint was filed against defendant Carlos Q. Palafox. On October 25, 2017, the Grand Jury returned a one-count indictment against defendant Palafox. The indictment charges defendant with possession with intent to distribute methamphetamine.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Jeff McCarther/Ashleigh Ragner
    Case Agent: TFO Andrew Ignatenko
    Defense: William "Marc" Ermine

**OUTSTANDING MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 3 with stipulations; 4 without stipulations
    Defendants: 1 possible witness, the defendant

**TRIAL EXHIBITS**
    Government: 40 exhibits
    Defendant: 0 exhibits for defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    (X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME: 1 ½-2 days**
    Government's case including jury selection: 1 ½ days
    Defense case: not more than a few hours

**STIPULATIONS**: There maybe a stipulation as to the drug chemistry

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: (none filed) **no later than thirty days prior to trial (will be filed shortly)**
    Defense: (none filed) **no later than thirty days prior to trial**

    Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday, September 19, 2018.**
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** None planned

**TRIAL SETTING**: Criminal jury trial docket set for September 24, 2018.

    **Please note: The case needs to be set on the first week of the docket as a key witness for the government is unavailable the second week.**

**IT IS SO ORDERED.**

    */s/ Sarah W. Hays*
    SARAH W. HAYS
    United States Magistrate Judge